UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                 CASE NO.: 1:11cv142-SPM/GRJ

MARK D. HINSON;
ODETTE D. HINSON; and
WACHOVIA BANK, N.A.,

      Defendants.

_____/

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Upon consideration, Defendant, Wachovia Bank, N.A.'s Unopposed

Motion for Extension of Time to Respond to Complaint of the United States (doc.

13) is granted.  Defendant Wachovia Bank, N.A., shall have up to and including

December 5, 2011, to respond to the complaint.

SO ORDERED this 15th day of November, 2011.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge