UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO.: 1:11cv142-SPM/GRJ

MARK D. HINSON, et al.,

    Defendant.
_____/

## ORDER EXTENDING DEADLINES AND TIME FOR SERVICE

This cause comes before the Court on Plaintiff's Unopposed Motion to Extend Time for Service of Process on Mark Hinson and for Extension of Initial Scheduling Order Deadlines.  Doc. 11  Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 11) is granted.

2.    Plaintiff shall have up to and including December 16, 2011, to serve process upon Defendant Mark D. Hinson.

3.    The initial scheduling order (doc. 8) is vacated.  The clerk shall issue a new initial scheduling order when Defendant Mark D. Hinson makes an appearance in this case or on December 19, 2011, whichever occurs first.

DONE AND ORDERED this 15th day of November, 2011.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Senior United States District Judge